# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 6, 2014 |
| Court Reporter: Janet Coppock | Time: one hour and 23 minutes |
| Probation Officer: Gary Burney | Interpreter: Cathy Bahr |

**CASE NO. 13-CR-00064-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Guy Till |
| Plaintiff, | |
| vs. | |
| **ILDEFONSO PAZ-CASTILLO,** | Brian Leedy |
| Defendant. | |

## SENTENCING

**9:07 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
13-CR-00064-PAB
January 6, 2014

Argument by Mr. Leedy in support of defendant's objections to the presentence investigation report. Questions by the Court.

Argument by Mr. Till. Questions by the Court.

Argument by Mr. Leedy in support of the defendant's Motion for Downward Sentencing Variance [Docket No. 34] and comments addressing sentencing.

Argument by Mr. Till and comments addressing sentencing.

Comments by Mr. Leedy on behalf of the defendant.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Downward Sentencing Variance [Docket No. 34] is **DENIED**.

Defendant entered his plea on **July 12, 2013** to count **Two of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **70** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **4** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

Page Three
13-CR-00064-PAB
January 6, 2014

(**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
(**X**)   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the defendant will likely be deported.

**ORDERED:  Special Condition** of Supervised Release that:
(**X**)   If the defendant is not deported he shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
(**X**)   If defendant is deported, he shall not re-enter the United States illegally.  If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:   No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**10:30 a.m.    COURT IN RECESS**

**Total in court time:    83 minutes**

**Hearing concluded**